

**Personal service on secured creditor(s) with foreclosure scheduled for May 15 shall be by personal service, completed no later than close of business on May 11. Failure to effectuate such service will result in denial of motion.**

Entered on Docket
May 11, 2009

*Bruce A. Markell*

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

David Krieger, Esq.
Nevada Bar No: 9086
George Haines, Esq.
Nevada Bar No: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Frank J. Fioritto

E-FILED: May 8, 2009

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-09-17138-BAM<br>) Chapter 13<br>)<br>) |
| **Frank J. Fioritto**, | ) Hearing Date: May 14, 2009<br>) Hearing Time: 3:30 PM<br>) |
| Debtor(s). | )<br>)<br>) |

### ORDER SHORTENING TIME ON MOTION TO IMPOSE AUTOMATIC STAY AS TO ALL CREDITORS

Upon the Debtor's **MOTION FOR ORDER SHORTENING TIME ON MOTION TO IMPOSE AUTOMATIC STAY AS TO ALL CREDITORS** in the above-entitled action, and good cause appearing therefore,

…

…

- 2 -

…

…

      IT IS HEREBY ORDERED that the time for hearing on the Debtor's **MOTION FOR ORDER SHORTENING TIME ON MOTION TO IMPOSE AUTOMATIC STAY AS TO ALL CREDITORS** filed herein by counsel for the Debtor be heard on the __14__ day of __May__, 200_9_ at the hour of __3:30__ __p__.m. in Department __2__ of the above-entitled Court.

      DATED this ____ day of _____, 200__.

Submitted by:

HAINES & KRIEGER, L.L.C.

By:   /s/George Haines, Esq.
      George Haines, Esq.
      Attorney for Debtor(s)

                                    ###