

Entered on Docket
May 15, 2009
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

George Haines, Esq.
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Frank J. Fioritto

E-FILED: May 14, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-17138-BAM |
| --- | --- |
| | ) Chapter 13 |
| | ) |
| | ) Hearing Date:  May 14, 2009 |
| **Frank J. Fioritto**, | ) Hearing Time:   3:30 P.M. |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) |

## ORDER ON DEBTOR'S MOTION TO CONTINUE IMPOSITION OF THE AUTOMATIC STAY TO ALL CREDITORS

**THE DEBTOR'S MOTION TO CONTINUE IMPOSITION OF THE AUTOMATIC STAY TO ALL CREDITORS** filed by the Debtor, having come on for hearing on the date and time above, the Court having considered any objections filed or raised at the hearing, it is hereby:

- 1 -

- 2 -

ORDERED that:

1.  This stay under § 362(a) shall be imposed as to <u>all</u> creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d) or other Order.

Dated: May 14, 2009

/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

__X__ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Approved:

Disapproved:

Failed to Respond:

###