**Entered on Docket
February 12, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

GREGORY L. WILDE, ESQ.
Nevada Bar No. 004417
KEVIN SODERSTROM, ESQ.
Nevada Bar No. 10235
MATTHEW SCHRIEVER, ESQ.
Nevada Bar No. 10745
WILDE & ASSOCIATES
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone (702) 258-8200
bk@wildelaw.com

E-filed on _____

HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation
Mortgage Pass-Through Certificates Series 2006-AF1
09-73975

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>FRANK J. FIORITTO,<br><br>Debtor,<br><br><br><br><br><br><br>Debtor. | **BK-S-09-17138-BAM**<br><br>Chapter 13<br>Date:  February 23, 2010<br>Time: 3:30 p.m.<br><br>**STIPULATION TO DISMISS MOTION TO DETERMINE HSBC BANK USA, NA'S VIOLATIONS FOR CONTEMPT OF COURT PURSUANT TO 11 U.S.C. SECTION 105 AND FRBP 9011 AND REQUEST FOR PUNITIVE DAMAGES, ATTORNEY'S FEES AND SANCTIONS** |

COMES NOW, the Debtor Frank J. Fioritto and SECURED CREDITOR HSBC BANK USA, NA'S by and through their respective counsel, and file this stipulation and order agreeing as follows

1) That the Motion to Determine HSBC Bank USA, NA's Violations for Contempt of Court Pursuant to 11 U.S.C. Section 105 and FRBP 9011 and Request for Punitive Damages, Attorney's Fees and Sanctions is hereby withdrawn with prejudice in exchange for valuable consideration, receipt of which is hereby acknowledged.

2) That the February 23, 2010 hearing set for 3:30 p.m. shall be vacated.

3) That each side is to bear their own attorneys fees and costs.

IT IS SO ORDERED this ____ day of _____, 2010.

Respectfullly submitted by:
**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

David Krieger, Esq.

By_____
David Krieger, Esq.
Attorney for Plaintiff
1020 Garces Avenue
Las Vegas, NV 89101
Nevada Bar No. _____

###